**STATE of Missouri, Respondent,**

**v.**

**Michael T. WALLER, Appellant.**

**No. WD 41469.**

Missouri Court of Appeals, Western District.

March 20, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1990.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Office of the State Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction of burglary in the second degree, § 569.170, RSMo 1986, and from a sentence as a prior and persistent offender of ten years imprisonment.

Affirmed. Rule 30.25(b).